NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOCUMENT SECURITY SYSTEMS, INC.,**
*Appellant*

**v.**

**NICHIA CORPORATION, CREE, INC.,**
*Appellees*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2020-1383

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01166, IPR2019-00506.

---

## JUDGMENT

---

BRIAN DAVID LEDAHL, Russ August & Kabat, Los Angeles, CA, argued for appellant. Also represented by AMY

HAYDEN, PAUL ANTHONY KROEGER.

THOMAS R. MAKIN, Shearman & Sterling LLP, New York, NY, argued for appellee Nichia Corporation. Also represented by DAVID JEFFREY COOPERBERG, ERIC SEBASTIAN LUCAS; MATT BERKOWITZ, PATRICK ROBERT COLSHER, Menlo Park, CA.

BLANEY HARPER, Jones Day, Washington, DC, for appellee Cree, Inc. Also represented by JOSHUA R. NIGHTINGALE, Pittsburgh, PA.

MARY L. KELLY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by THOMAS W. KRAUSE, MAUREEN DONOVAN QUELER, FARHEENA YASMEEN RASHEED.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>May 14, 2021</u>
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court